# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH WARRANT

THE PREMISES KNOWN AS:

CASE NUMBER:

**8250-D Preston Court**
**Jessup, Maryland 20794**

**13-0066SAG**

FILED ENTERED
LODGED RECEIVED

FEB 6 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

TO: DEA Task Force Officer Matthew Wires,,
    and any Authorized Officer of the United States

Affidavit(s) having been made before me by Task Force Officer Matthew Wires, who has reason to believe that on the premises known as (name, description and or location)

**8250-D Preston Court, Jessup, Maryland 20794,** further described as a one story box warehouse constructed of brown brick, with red brick horizontal accent stripes across the tope of the facade, and consisting of multiple individual suites. Each suite is identified with a red placard listing both the suite numbers and letter. Specifically Suite 8250 D has the red placard with "8250 D" in white numbers and letters. The placard is affixed to the building on the right side of the front door. The front door is located at ground level and is a standard commercial glass doorway. The glass of the door and the front windows are frosted. The rear of 8250 Suite D has a commercial style steel door and roll up garage door. The steel door is mark with the name 202 Big Wheels.

- in the District of Maryland, there is now concealed a certain person or property, namely (describe the person or property) - See Attachment A

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

I further find, based on the facts set forth in the Affidavit submitted herewith, that specific facts have been set forth which justify agents and officers entering into the locations, for purposes of executing the search warrant.

YOU ARE HEREBY COMMANDED to search on or before __1/28/13__
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime - 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the Honorable Stephanie A. Gallagher, U.S. Magistrate Judge, as required by law.

__1/14/13__ at Baltimore, Maryland
Date and Time Issued
__11:07 am__

_____
The Honorable Stephanie A. Gallagher
United States Magistrate Judge

(#4) AUSAs Carey/Smith

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>1-14-13 | DATE AND TIME WARRANT EXECUTED<br>1-15-13   0730 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Kevin Dry. |
| INVENTORY MADE IN THE PRESENCE OF ||| 
| INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT |||

Location was seized

13-00066SAG *(bleed-through, reversed)*

### CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____                    _____
U.S Judge or Magistrate                                                              Date